JERRY WAYNE RUMPH
#283981
2101 FM 369 NORTH
IOWA PARK, TEX. 76367

10,359-35,36

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

(AUGUST 6TH, 2015)

COURT OF CRIMINAL APPEAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE:    WR-10,359-35
       WR-10,359-36

Dear Clerk:
    Please at you most suitable time, inform me of the status of the writ of Habeas Corpus filed under the above writ Numbers??
    My intention is to proceed into the federal court if necessary. I can not do so without knowing the out come of the decision or condition of the writs in this cause. What is the status of writs in this cause? Thank you very much.

Jerry Wayne Rumph